UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | CASE NO.10-0328 |
| MARK R. HULL | CHAPTER 13 |
| Debtor(s)/ | HON. JOHN T.. GREGG |

NOTICE OF PROPOSED MODIFICATION OF CHAPTER 13 PLAN

The Debtors propose to modify their plan to reduce the plan payment to $360.00 per month. All others terms of the plan as confirmed shall remain the same. This will reduce the anticipated dividend to unsecured creditors.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant such relief, or if you want the court to consider your views on the modification, within 21 days, you or your attorney must:

File with the court a written response or an answer, explaining your position at:

United States Bankruptcy Court
One Division Avenue N, Room 200
Grand Rapids, Michigan 49503

If you mail your response to the court for filing, you must mail it early enough so the court will receive it before the expiration of the 21 day period stated above.

You must also mail a copy to:

| | |
|---|---|
| | James L. Gutting, (P49912)<br>James L. Gutting,PC<br>601 W. Corunna Ave., Ste A<br>Corunna, MI 48817 |

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the modification and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.**

/s/ James L. Gutting

| | |
|---|---|
| Dated: November 19, 2014 | James L. Gutting, (P49912)<br>James L. Gutting,PC<br>601 W. Corunna Ave., Ste A<br>Corunna, MI 48817<br>(989) 743-1188<br>attyjamz@mac.com |